UNPUBLISHED

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

No. 99-7388

———————

HENRY A. L. FULLER,

Plaintiff - Appellant,

versus

PERRY EICHOR, Director; CAPTAIN LOFTUS;
LIEUTENANT DAVIS; LIEUTENANT SIMPSON; SERGEANT
ROBINSON; SERGEANT VANDERMOSEN; SERGEANT
MCKENNEY; SERGEANT MERRIT; OFFICER COCH; OFFI-
CER ANDERSON; OFFICER RICHARDSON; OFFICER
MAYBRE; OFFICER PHILLIPS; OFFICER JANE DOE;
MEDICAL SUPERVISORS NURSE AUSTIN AND NURSE
MAGGIE, each individually as employees of the
Greenville County Detention Center,

Defendants - Appellees.

———————

Appeal from the United States District Court for the District of
South Carolina, at Greenville. Margaret B. Seymour, District Judge.
(CA-98-1770-6-24)

———————

Submitted: December 16, 1999      Decided: December 30, 1999

———————

Before MURNAGHAN and MOTZ, Circuit Judges, and BUTZNER, Senior Cir-
cuit Judge.

———————

Affirmed by unpublished per curiam opinion.

———————

Henry A. L. Fuller, Appellant Pro Se. Charles Franklin Turner, Jr., CLARKSON, FORTSON, WALSH & RHENEY, P.A., Greenville, South Carolina; Matthew Philip Utecht, HAYNSWORTH, MARION, MCKAY & GUERARD, Greenville, South Carolina; Thomas Carl Cofield, BARNES, ALFORD, STORK & JOHNSON, Columbia, South Carolina, for Appellees.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Henry Fuller appeals the district court's order denying relief on his 42 U.S.C.A. § 1983 (West Supp. 1999) complaint. We have reviewed the record and the district court's opinion accepting the magistrate judge's recommendation and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Fuller v. Eichor, No. CA-98-1770-6-24 (D.S.C. Sept. 29, 1999). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED